FILED APR 1 1 2019 Clerk, U S District Court District Of Montana Billings

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN PAUL VEADER, <br><br> Defendant. | CR 18-75-BLG-SPW <br><br><br><br> ORDER |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 41). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

DATED this 11th day of April, 2019.

SUSAN P. WATTERS
United States District Court Judge

1