IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

OCT 29 2021

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PAUL VEADER,<br><br>Defendant. | CR 18-75-BLG-SPW<br><br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

On September 20, 2021, Defendant Veader, through counsel, filed a motion seeking termination of his remaining term of supervised release. (Doc. 47). Gunderson was initially sentenced to 36 months of supervision following his release from incarceration. (Doc. 38). He began supervision on July 15, 2020. (Doc. 47 at 2). Veader has now served approximately 15 months on supervision, all without issue.

The United States objects to the early termination of Veader's release. (Doc. 49). The Court appreciates the progress Veader has made since being placed on supervised release in reintegrating in the community and positive strides toward compliance with all his conditions. However, Defendant has completed less than half his term, and has been on supervision for a relatively short length of time. The Court is cautious of Veader's request at such a stage in his supervised term and is not convinced that such an action is both "warranted by the conduct of the

1

defendant" and in service of "the interest of justice." 18 U.S.C. § 3583(e)(1).

The Court does not wish to discourage Veader from continuing his current path, but Veader does not present either a record of exceptional success on supervision or truly compelling reasons supporting early release from supervision. Defendant's current path is commendable; however, it is not sufficient to warrant early termination with 21 months remaining and less than half of the total term served.

Accordingly, IT IS HEREBY ORDERED that Veader's motion for early termination of supervised release (Doc. 47) is DENIED.

DATED this 29th day of October, 2021.

_____
Susan P. Watters
United States District Court